AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

**SEALED**



**RECEIVED**
By US Marshals Service at 1:53 pm, Apr 04, 2023

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Shaun Bernard | ) Case No.   2:12-cr-20145-JWL-1 |
|  | ) |
|  | ) |
| *22848-031* | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Shaun Bernard                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☑ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:


Date:     04/04/2023                                                            *s/ C. Abraham, deputy clerk*
                                                                                                *Issuing officer's signature*

City and state:     _____                    Skyler B. O'Hara, Clerk of Court
                                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/4/2023 , and the person was arrested on *(date)* 4/5/2023 at *(city and state)* Kansas City, Ks . |
| Date: 4/5/2023                                    *Arresting officer's signature* |
|                                    Drew Limbaugh   DUSM |
|                                    *Printed name and title* |